Electronically Filed - City of St. Louis - June 08, 2026 - 08:55 AM

IN THE CIRCUIT COURT OF THE CITY OF ST LOUIS
STATE OF MISSOURI

LINDA PUCKETT,                                )
                                             )
        Plaintiff,                           )
                                             )
vs.                                          )     Cause No.
                                             )
THE PRUDENTIAL LIFE INSURANCE                )
COMPANY OF AMERICA                           )     Div.
Serve:                                       )
Director of Insurance                        )
301 West High Street, Room 530               )     JURY TRIAL DEMANDED
Jefferson City, MO  65101                    )
                                             )
and                                          )
                                             )
AMEREN ADMINISTRATIVE                        )
        COMMITTEE                            )
Serve:                                       )
Officer in Charge                            )
1901 Chouteau Ave                            )
St. Louis, MO 63103                          )
                                             )
and                                          )
                                             )
AMEREN CORPORATION                           )
Serve:                                       )
Officer in Charge                            )
1901 Chouteau Ave                            )
St. Louis, MO 63103                          )
                                             )
and                                          )
                                             )
AMEREN RETIREE LIFE INSURANCE                )
PLAN                                         )
Serve:                                       )
Officer in Charge                            )
1901 Chouteau Ave                            )
St. Louis, MO 63103                          )
and                                          )
                                             )
AMEREN MISCELLANEOUS WELFARE )
AND FRINGE BENEFIT PLAN                       )
Serve:                                       )

**Exhibit 1**

Electronically Filed - City of St. Louis - June 08, 2026 - 08:55 AM

| | |
|---|---|
| Officer in Charge | ) |
| 1901 Chouteau Ave | ) |
| St. Louis, MO 63103 | ) |
| | ) |
| Defendants. | ) |

## PETITION

Comes now plaintiff, and for her cause of action against defendants, states as follows:

1.  Plaintiff  is an individual who resides in North Carolina, was the wife of Nilan Puckett and is the beneficiary of the life insurance benefit described below.

2.  The defendant Prudential is a foreign insurance company.  Ameren Administrative Committee, upon information and belief, administers Ameren's benefit plans.  Ameren Corporation is a domestic corporation with its principal place of business in St. Louis, MO.  The plans are the former and current plan that, upon information and belief, were responsible for the payment of the life insurance described below.

3.  On or about December 9, 2025, Nilan James Puckett passed away.  He was an employee of Illinois Power, which was purchased by Ameren Corporation in 2001, at which time Ameren also acquired Illinois Power's benefit programs.

4.  Prior to the purchase by Ameren, Nilan Puckett had retired and had a life insurance policy from Illinois Power as part of his retirement package.

5.  Nilan Puckett was grandfathered in to a waiver of premium upon Ameren's purchase of Illinois Power.  This was confirmed by Ameren in writing in 2018.  At that time the benefit had grown to $136,000, and is presumably more now.

6.  Presently, defendant Prudential administers Ameren's life insurance plan, and is waiting on Ameren to confirm Nilan Puckett's enrollment, either through Ameren or its

Electronically Filed - City of St. Louis - June 08, 2026 - 08:55 AM

Administrative Committee.  The defendant Plans are the former and current Plan that, upon information and belief, are responsible for the payment of these benefits.

7.  Despite repeated requests, Prudential or Ameren or its Administrative Committee or the Plans have failed to confirm or provide the benefits owed pursuant to the life insurance benefit.

## COUNT I – BREACH OF CONTRACT

8.  Plaintiff incorporates paragraphs 1-7 as if fully set forth herein.

9.  Plaintiff is the beneficiary of the agreement entered into between Illinois Power and Ameren to continue the life insurance benefits pursuant to Ameren's Plans, and is therefore the beneficiary of the current Plan that provides that benefit paid through defendant Prudential.

10.  All defendants have failed to provide that benefit pursuant to the agreement to do so.

WHEREFORE, plaintiffs respectfully request this court enter judgment against defendants in an amount greater than $25,000.00, costs, and pre- and post judgment interest;, and any other relief this Court deems just and proper.

## COUNT II – NEGLIGENCE

11.  Plaintiff incorporates paragraphs 1-7 as if fully set forth herein.

12.  Plaintiff is the beneficiary of the agreement entered into between Illinois Power and Ameren to continue the life insurance benefits pursuant to Ameren's Plans, and is therefore the beneficiary of the current Plan that provides that benefit paid through defendant Prudential.

13.  All defendants were negligent by

Electronically Filed - City of St. Louis - June 08, 2026 - 08:55 AM

a. failing to keep track of the benefits owed to Plaintiff

b. failing to administer the post-purchase benefits in a reasonable manner.

14. This negligence caused or contributed to cause Plaintiff to fail to receive the benefits owed to her.

WHEREFORE, plaintiffs respectfully request this court enter judgment against defendants in an amount greater than $25,000.00, costs, and pre- and post judgment interest;, and any other relief this Court deems just and proper.

COUNT III – ERISA

15. Plaintiff incorporates paragraphs 1-7 as if fully set forth herein.

16. Plaintiff is the beneficiary of the agreement entered into between Illinois Power and Ameren to continue the life insurance benefits pursuant to Ameren's Plans, and is therefore the beneficiary of the current Plan that provides that benefit paid through defendant Prudential.

17. All defendants have failed to provide that benefit pursuant to the agreement to do so.

WHEREFORE, plaintiffs respectfully request this court enter judgment against defendants in an amount greater than $25,000.00, costs, and pre- and post judgment interest; and any other relief this Court deems just and proper.

LAW OFFICES OF DAVID C. KNIERIEM

/s/ David C. Knieriem
David C. Knieriem                    #37968
13321 North Outer 40 Rd
Town & Country, MO  63017
314-862-5110
attorneydavek@cs.com
Attorney for Plaintiff



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number:  2622-CC02417 | |
|---|---|---|
| Plaintiff/Petitioner:<br>LINDA C PUCKETT | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO  63017 | |
| vs. Defendant/Respondent:<br> THE PRUDENTIAL LIFE INSURANCE CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Breach of Contract | | |

The State of Missouri to:   **THE PRUDENTIAL LIFE INSURANCE CO OF AMERICA**
**Alias:**
**DIRECTOR OF INSURANCE**
**301 WEST HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO  65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

_____
6/8/2026
Date

_____
Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-4406**
1 of 2 (2622-CC02417)

Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Case Number: 2622-CC02417**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
Printed Name of Officer or Server                        Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____ _____
                                                    Date                        Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2622-CC02417 | |
|---|---|---|
| Plaintiff/Petitioner:<br>LINDA C PUCKETT | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO  63017 | |
| Defendant/Respondent:<br> THE PRUDENTIAL LIFE INSURANCE CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Breach of Contract | | |

**The State of Missouri to:**   **AMEREN ADMINISTRATIVE COMMITTEE**
**Alias:**
**OFFICER IN CHARGE**
**1901 CHOTEAU AVE**
**ST LOUIS, MO  63103**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

_____
6/8/2026
Date

_____
Clerk

**Further Information:**

**Case Number: 2622-CC02417**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____ _____
                                                            Date                        Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-4407**
2 of 2 (2622-CC02417)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number:  2622-CC02417 |
| Plaintiff/Petitioner:<br>LINDA C PUCKETT | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO  63017 |
| vs. Defendant/Respondent:<br> THE PRUDENTIAL LIFE INSURANCE CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

**The State of Missouri to:    AMEREN CORPORATION**
**Alias:**
**OFFICER IN CHARGE**
**1901 CHOTEAU AVE**
**ST LOUIS, MO  63103**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

6/8/2026
Date

Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-4408**
1 of 2 (2622-CC02417)          Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Case Number: 2622-CC02417**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address) in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Officer or Server                        Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*     My commission expires: _____ _____
                                                             Date                                     Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | Case Number:  2622-CC02417 | |
|---|---|---|
| Plaintiff/Petitioner:<br>LINDA C PUCKETT | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO  63017 | |
| Defendant/Respondent:<br> THE PRUDENTIAL LIFE INSURANCE<br>CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Breach of Contract | | |

vs.

**The State of Missouri to:**   **AMEREN RETIREE LIFE INSURANCE PLAN**
**Alias:**
**OFFICER IN CHARGE**
**1901 CHOTEAU AVE**
**ST LOUIS, MO  63103**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

6/8/2026
Date

Clerk

**Further Information:**

**Case Number: 2622-CC02417**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address) in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
    Printed Name of Officer or Server                Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*    My commission expires: _____ _____
                                   Date                          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | Case Number:  2622-CC02417 | |
|---|---|---|
| Plaintiff/Petitioner:<br>LINDA C PUCKETT | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO  63017 | |
| Defendant/Respondent:<br> THE PRUDENTIAL LIFE INSURANCE<br>CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Breach of Contract | | |

**The State of Missouri to:   AMEREN MISCELLANEOUS WELFARE AND FRINGE BENEFIT PLAN**
**Alias:**
**OFFICER IN CHARGE**
**1901 CHOTEAU AVE**
**ST LOUIS, MO  63103**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

|  | 6/8/2026 | _Thomas J Kloeppinger_ |
|---|---|---|
| | Date | Clerk |

**Further Information:**

**Case Number: 2622-CC02417**

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐  delivering a copy of the summons and petition to the defendant/respondent.

☐  leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐  (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐  other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____    _____
Printed Name of Officer or Server                Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*    My commission expires: _____ _____
                                                    Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - June 24, 2026 - 11:37 AM

Case Number: 2622-CC02417

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to:
_Jeannine Moentmann W F 40's_ (name) _Paralegal Manager_ (title).

☐ other: _____.

Served at _____ *1901 Chouteau* _____ (address)
in _____ (County/(City of St. Louis)), MO, on _6/23/26_ (date)
at _2p_ (time).

_Khadijah Ringo_ _____          _K. Ringo #955_
Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____   _____
                              Date                  Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2622-CC02417    26 JUN 16 AM 8:45 |
| Plaintiff/Petitioner:<br>LINDA C PUCKETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO 63017 |
| Defendant/Respondent:<br>THE PRUDENTIAL LIFE INSURANCE CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

The State of Missouri to:    **AMEREN ADMINISTRATIVE COMMITTEE**
**Alias:**
**OFFICER IN CHARGE**
**1901 CHOTEAU AVE**
**ST LOUIS, MO 63103**

Other Addresses:

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

| 6/8/2026 | |
|---|---|
| Date | Clerk |

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-4407**
1 of 2 (2622-CC02417)

Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - June 24, 2026 - 11:37 AM

Electronically Filed - CITY OF ST. LOUIS - June 24, 2026 - 11:40 AM

Case Number: 2622-CC02417

## Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

[ ] delivering a copy of the summons and petition to the defendant/respondent.

[ ] leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

[✓] (for service on a corporation) delivering a copy of the summons and petition to:

_Jeannine Moertmann W F 40's_ (name) _Paralegal Manager_ (title).

[ ] other: _____.

Served at _1901 Chouteau_ (address)

in _____ (County/City of St. Louis), MO, on _6/23/26_ (date)

at _2p_ (time).

_Khadijah Ringo_                          _K. Ringo #955_
Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____
                              Date              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-4408**
2 of 2 (2622-CC02417)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - June 24, 2026 - 11:40 AM



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2622-CC02417 |
| Plaintiff/Petitioner:<br>LINDA C PUCKETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO  63017 |
| Defendant/Respondent:<br>THE PRUDENTIAL LIFE INSURANCE CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

The State of Missouri to:   **AMEREN CORPORATION**
**Alias:**
**OFFICER IN CHARGE**
**1901 CHOTEAU AVE**
**ST LOUIS, MO  63103**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

_____6/8/2026_____
Date

_____
Clerk

**CITY OF ST LOUIS**

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-4408**
1 of 2 (2622-CC02417)            Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - June 24, 2026 - 11:34 AM

Case Number: 2622-CC02417

## Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

[ ] delivering a copy of the summons and petition to the defendant/respondent.

[ ] leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

[✓] (for service on a corporation) delivering a copy of the summons and petition to:

_Jeannine Moentmann W F 40's_ (name) _Paralegal Manager_ (title).

[ ] other: _____.

Served at _1901 Chouteau_ (address)

in _____ (County/City of St. Louis), MO, on _6/23/26_ (date)

at _2p_ (time).

_Khadijah Ringo_                          _K. Ringo #955_

Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____

Date                          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-4409**
2 of 2 (2622-CC02417)                          Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

4007

Electronically Filed - CITY OF ST. LOUIS - June 24, 2026 - 11:34 AM



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | Case Number: 2622-CC02417   AM 8:45 | |
|---|---|---|
| Plaintiff/Petitioner:<br>LINDA C PUCKETT | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO  63017 | |
| vs. | | |
| Defendant/Respondent:<br> THE PRUDENTIAL LIFE INSURANCE<br>CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File<br>Stamp for<br>Return) |

**The State of Missouri to:**  **AMEREN RETIREE LIFE INSURANCE PLAN**
**Alias:**
**OFFICER IN CHARGE**
**1901 CHOTEAU AVE**
**ST LOUIS, MO  63103**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

_____
6/8/2026
Date

_____
Clerk

**Further Information:**

Electronically Filed - CITY OF ST. LOUIS - June 24, 2026 - 11:42 AM

Case Number: 2622-CC02417

### Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

[ ] delivering a copy of the summons and petition to the defendant/respondent.

[ ] leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

[✓] (for service on a corporation) delivering a copy of the summons and petition to:

_Jeannine Mpertmann W F 40's_ (name) _Paralegal Manager_ (title).

[ ] other: _____.

Served at ___1901 Chouteau___ (address)

in _____ (County/City of St. Louis), MO, on __6/23/26__ (date)

at __2p__ (time).

___Khadijah Ringo___                    ___K. Ringo #955___
Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____
                              Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-4408**
2 of 2 (2622-CC02417)                Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                      54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



4007

Electronically Filed - CITY OF ST. LOUIS - June 24, 2026 - 11:42 AM



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2622-CC02417 |
| Plaintiff/Petitioner:<br>LINDA C PUCKETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO  63017 |
| Defendant/Respondent:<br>THE PRUDENTIAL LIFE INSURANCE CO OF AMERICA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

The State of Missouri to:  **AMEREN CORPORATION**
**Alias:**
**OFFICER IN CHARGE**
**1901 CHOTEAU AVE**
**ST LOUIS, MO  63103**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

6/8/2026
Date

Clerk

**Further Information:**

Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo