The information available on Case.net is provided as a service and is not considered an official court record.

Case: 4:26-cv-01157    Doc. #: 9    Filed: 07/23/26    Page: 1 of 1 PageID #: 81

Case.net:2622-CC02417 - LINDA PUCKETT V THE PRUDENTIAL LIFE INS CO OF AMER (E-CASE) - Docket Entries

| **Respond to Selected Documents** |        **Sort by date:** Descending Ascending        **Display options:** All Entries ⌄

**07/08/2026**

**Jury Trial Scheduled**

**Scheduled For:** 12/07/2026; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

**06/25/2026**

**Agent Served**

Document ID - 26-SMCC-4408; Served To - AMEREN CORPORATION; Served Date - 06/23/2026; Served Time - 08:26:34; Service Type - SD; Reason Description - SERV; Service Text -

**06/24/2026**

**Notice of Service**

26-SMCC-4410; Electronic Filing Certificate of Service.

**Notice of Service**

26-SMCC-4408; Electronic Filing Certificate of Service.

**Notice of Service**

26-SMCC-4407; Electronic Filing Certificate of Service.

**Notice of Service**

26-SMCC-4409; Electronic Filing Certificate of Service.

**Agent Served**

Document ID - 26-SMCC-4409; Served To - AMEREN RETIREE LIFE INSURANCE PLAN; Served Date - 06/23/2026; Served Time - 08:33:19; Service Type - SD; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 26-SMCC-4407; Served To - AMEREN ADMINISTRATIVE COMMITTEE; Served Date - 06/23/2026; Served Time - 08:31:41; Service Type - SD; Reason Description - SERV; Service Text -

**06/08/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-4410, for AMEREN MISCELLANEOUS WELFARE AND FRINGE BENEFIT PLAN

**Summons Issued-Circuit**

Document ID: 26-SMCC-4409, for AMEREN RETIREE LIFE INSURANCE PLAN

**Summons Issued-Circuit**

Document ID: 26-SMCC-4408, for AMEREN CORPORATION

**Summons Issued-Circuit**

Document ID: 26-SMCC-4407, for AMEREN ADMINISTRATIVE COMMITTEE

**Summons Issued-Circuit**

Document ID: 26-SMCC-4406, for THE PRUDENTIAL LIFE INSURANCE CO OF AMERICA

**Filing Info Sheet eFiling**

**Filed By:** DAVID C. KNIERIEM

**Pet Filed in Circuit Ct**

Petition.

**Filed By:** DAVID C. KNIERIEM

**On Behalf Of:** LINDA C PUCKETT